# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 390 - 1 | **DATE** | 5/15/2008 |
| **CASE TITLE** | USA vs. Pawel Piotr Wielgus | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion to seal complaint, affidavit, arrest warrant is granted. It is hereby ordered that the criminal complaint, affidavit, and arrest warrant in this matter, all dated 5/15/2008, are hereby sealed until and including 5/23/2008, or until the execution of the arrest warrant, whichever comes first.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|