UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 390 |
| | ) | |
| v. | ) | |
| | ) | Martin C. Ashman |
| PAWEL PIOTR WIELGUS | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, all dated May 15, 2008, are hereby SEALED until and including May 23, 2008, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

Martin C. Ashman
United States Magistrate Judge

Dated: May 15, 2008