AO 442 (REV.3/92) Warrant for Arrest          AUSA , (312)
Case 1:08-cr-00390   Document 8   Filed 05/19/2008   Page 1 of 1

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

**PAWEL PIOTR WIELGUS**

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 390

FILED
MAY 1 9 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Pawel Piotr Wielgus_____
                                                                    Name
and bring him or her forthwith to the nearest magistrate to answer a

___Indictment   ___Information   _X_Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him with         (brief description of offense)

knowingly falsely making, forging, counterfeiting, mutilating, and altering a Polish passport, and instrument purporting to be a Polish passport, with intent that the same may be used, and willfully and knowingly furnishing to another for use any such false, forged, counterfeited, mutilated, and altered Polish passportt and instrument purporting to be a Polish passport,

in violation of Title ___18___ United States Code, Sections ___1543 and 2___

Martin C. Ashman
Title of Issuing Officer

U.S. MAGISTRATE JUDGE

*[signature]*
Signature of Issuing Officer

MAY 1 5 2008   Chicago, Ill.
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ ___No bail___ by ___Magistrate Judge Martin C. Ashman___
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 3607 W. Irving Park (Apt 12?) Chicago, IL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/15/2008 | SA Meghan M. Ford / Special Agent FBI | *[signature]* |
| DATE OF ARREST 5/16/2008 | | |