# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES — ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: U.S. vs. Wielgus
FOR: Northern Illinois AT Chicago

LOCATION NUMBER: —

**PERSON REPRESENTED** (Show your full name): Pawel Piotr Wielgus

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: —
District Court: 08 CR 390-1
Court of Appeals: —

08CN390

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
18 U.S.C. 1543 § 2

FILED 5-19-08 MAY 19 2008 MARTIN C. ASH... UNITED STATES DISTRICT JUDGE ...COURT

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: —
IF YES, how much do you earn per month? $ 0
IF NO, give month and year of last employment. How much did you earn per month $ —
If married is your Spouse employed? ☒ Yes ☐ No — Cleaning Business
IF YES, how much does your Spouse earn per month $ UNK
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ —

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ 0 / SOURCES —

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 200.-

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $ — / DESCRIPTION —

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ Common Law MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: 1 — years old

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Rent | $ | $ 725.- |
| Utilities (light/gas/phone) | $ | $ UNK |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Pawel Wielgus    5/19/08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.