Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| CASE NUMBER | 08 CR 390 - 1 | DATE | 7/11/2008 |
| CASE TITLE | United States of America vs. Pawel Piotr Wielgus | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant's oral motion to reset the bond hearing before Magistrate Judge Ashman is granted. Parties shall contact Magistrate Judge Ashman's Courtroom Deputy for a date and time for hearing (312-435-5625). Defendant shall remain detained until further order of court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|